# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4920

_____

RUSSELL ROY SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

January 14, 2019

PER CURIAM.

AFFIRMED.

ROWE, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Russell Roy Smith, pro se, Appellant.

Ashley Brooke Moody, Attorney General, and Virginia C. Harris, Assistant Attorney General, Tallahassee, for Appellee.